■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUBEN RODRIQUEZ, Appellant.— Appeal from a judgment of the County Court, Queens County, convicting appellant of burglary in the third degree and petit larceny, and from the sentence imposed. Judgment reversed upon the facts and new trial ordered, on the authority of *People* v. *Benoit* (*ante*, p. 995). No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment. Beldock, Ughetta and Kleinfeld, JJ., concur; Nolan, P. J., and Wenzel, J., dissent and vote to affirm the judgment, with the following memorandum: Although the court undoubtedly had the power, in its discretion, to reopen the case to hear the additional testimony, we are unable to say that it was an abuse of discretion, under the circumstances, not to have done so.

■ STEPHEN SICARI, an Infant, by His Guardian ad Litem, SALVATORE SICARI, et al., Respondents, v. ARCO SERVICE, INC., Appellant, et al., Defendant.— In an action by an infant to recover damages for personal injuries and by his father for medical expenses and loss of services, the appeal is from a judgment entered on a jury verdict in favor of respondents against appellant. Judgment affirmed, with costs. No opinion. Wenzel, Acting P. J., Murphy, Hallinan and Kleinfeld, JJ., concur; Ughetta, J., dissents and votes to reverse the judgment and to grant a new trial, with the following memorandum: The only reasonable interpretation of the evidence is that, for the purpose of moving a stove for his father-in-law, appellant's employee, the defendant Sinacore, used appellant's truck on a Sunday, without appellant's permission. The accident happened during such unauthorized use of the truck. A verdict should have been directed in favor of appellant.

## (December 28, 1956)

■ PAULINE CIULLA, Appellant, v. DAVID CIULLA, Respondent.— In an action for separation a counterclaim for annulment on the ground of fraud was interposed. The appeal is from a resettled order directing the trial by jury of the issues in the cause of action for annulment, insofar as said order framed certain issues proposed by respondent and excluded certain issues proposed by appellant. Order insofar as appealed from affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.